CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268
Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00321-APG-VCF |
| Plaintiff, | **Stipulation to Continue Revocation Hearing** |
| v. | |
| MIKAELA CUEVAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, counsel for Mikaela Cuevas, that the Revocation Hearing currently scheduled on August 25, 2021 at 9:30 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant;

2. The defendant is out of custody and agrees with the need for the continuance;

3. The parties agree to the continuance.

Dated: August 23, 2021

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| *s/ Simon F. Kung*<br>Simon F. Kung<br>Assistant United States Attorney | *s/ Shari L. Kaufman*<br>Shari L. Kaufman<br>Assistant Federal Public Defender |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIKAELA CUEVAS,<br><br>　　　　Defendant. | Case No. 2:19-cr-00321-APG-VCF<br><br>**Findings and Order on Stipulation** |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant;

2. The defendant is out of custody and agrees with the need for the continuance;

3. The parties agree to this continuance.

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matter currently scheduled for August 25, 2021 at 9:30 a.m., be vacated and continued to a date and time convenient to this court, that is __October 26__, __2021__, at the hour of __10:30 a.m.__ by video.

DATED this __23rd__ day of August, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Court Judge

3