CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: simon.kung@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIKAELA CUEVAS<br><br>Defendant. | Case No. 2:19-cr-00321-APG-VCF<br><br>**Stipulation to Continue Supervised Release Revocation Hearing** |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Mikaela Cuevas, that the supervised release revocation hearing currently scheduled for October 26, 2021 at 10:30 a.m. be vacated and continued until at date a time convenient to the Court, but no sooner than two weeks.

This Stipulation is entered into for the following reasons:

1. 1. Defense counsel recently entered a notice of appearance on this case (ECF No. 22) and requires additional time to prepare, investigate, and discuss the case with Defendant.

2. Probation Officer Bryce Stark has a scheduling conflict on the currently-scheduled date.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

DATED this 19th day of October, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney<br>   /s/  Simon F. Kung   <br>SIMON F. KUNG<br>Assistant United States Attorney | RENE L. VALLADARES<br>Federal Public Defender<br>   /s/ Aden Kebede   <br>ADEN KEBEDE<br>Counsel for Defendant |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MIKAELA CUEVAS<br><br>　　　　Defendant. | Case No. 2:19-cr-00321-APG-VCF<br><br>**ORDER** |

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that good cause exists to continue the revocation hearing:

IT IS THEREFORE ORDERED that revocation hearing currently scheduled for October 26, 2021, at 10:30 a.m., be vacated and continued to November 16, 2021, at 9:30 a.m. by videoconference.

IT IS SO ORDERED.

DATED this 19th day of October.

_____
UNITED STATES DISTRICT JUDGE