Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Aden Kebede
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aden_Kebede@fd.org

Attorney for Mikaela Cuevas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| United States of America, | Case No. 2:19-cr-00321-APG-VCF |
|---|---|
| Plaintiff, | **Stipulation to Continue Revocation Hearing (Third Request)** |
| v. | |
| Mikaela Cuevas | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Mikaela Cuevas, that the Revocation Hearing currently scheduled on January 19, 2022 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than 90 days.

This Stipulation is entered into for the following reasons:

1. The supervised release petition and its addendum alleges a new violation which is pending in state court. The alleged new law violation is the subject of a pending state case. A preliminary hearing in state court is scheduled

for February 22, 2022.  As a result, the parties seek a continuance to allow Ms. Cuevas to attend the state court proceedings and to further allow the state court matter to proceed before resolving the related matter in this case.

2.  Ms. Cuevas is nearly eight months pregnant, and her delivery date is set for March 28, 2022. Defense requests additional time to allow her to give birth before tending to this revocation proceeding.

4.  The defendant is not in custody and agrees with the need for the continuance.

5.  The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED: January 14, 2022.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| */s/Aden Kebede*<br>By_____<br>Aden Kebede<br>Assistant Federal Public Defender | */s/ Simon Kung*<br>By_____<br>Simon Kung<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Mikaela Cuevas<br><br>　　　　Defendant. | Case No. 2:19-cr-00321-APG-VCF<br><br>**Order Granting Third Stipulation to Continue Revocation Hearing** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 19, 2022, at 9:30 a.m. is vacated and continued to May 3, 2022, at 10:00 a.m. in Courtroom 6C.

　　　DATED: January 18, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　　　　　United States Disrict Judge