RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Mikaela Cuevas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00321-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fifth Request) |
| MIKAELA CUEVAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Mikaela Cuevas, that the Revocation Hearing currently scheduled on September 15, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are close to reaching a resolution to the revocation as well as some underlying conduct. Thus, the parties need additional time to reach an agreement.

2. Defense counsel needs additional time to discuss this resolution with the client.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 22nd day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Aden Kebede<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | /s/ Kimberly M. Frayn<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKAELA CUEVAS,<br><br>        Defendant. | Case No. 2:19-cr-00321-APG-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 15, 2022 at 10:00 a.m., be vacated and continued to November 22, 2022 at the hour of 9:00 a.m. in Courtroom 6C.

    DATED this 24th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

3