RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Mikaela Cuevas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00321-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Sixth Request) |
| MIKAELA CUEVAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Mikaela Cuevas, that the Revocation Hearing currently scheduled on November 22, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.  The parties are currently in active negotiation regarding this case and other underlying conduct. Ms. Cuevas is considering a pre-indictment plea agreement. Additional time is required to discuss the terms of the plea agreement with Ms. Cuevas. Additionally, the

parties believe this revocation hearing should proceed after the resolution of the underlying conduct. Defense counsel needs additional time to discuss this resolution with the client.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 16th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender |    */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00321-APG-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MIKAELA CUEVAS, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, November 22, 2022 at 9:00 a.m., be vacated and continued to February 1, 2023 at the hour of 2:30 p.m. in Courtroom 6C.

    DATED this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE