JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MIKAELA MARIE CUEVAS,<br><br>            Defendant. | Case No. 2:19-CR-00321-APG-VCF<br><br>**Stipulation To Continue Supervised Release Revocation Hearing**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Aden Kebede, Assistant Federal Public Defender, counsel for MIKAELA MARIE CUEVAS, ("defendant"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for February 1, 2023, at 1:30 p.m., be continued and reset to a date and time convenient to this Court, but not sooner than 90 days from the current hearing date for the following reasons:

1.      On or about August 11, 2021, defendant made her initial appearance on a petition for revocation of supervised release. ECF 13. She was released on bond and

remains at liberty pending a revocation hearing, which is currently scheduled for February 1, 2023.

2. The parties have agreed to continue the supervised release revocation hearing for at least 90 days because the defendant was scheduled to plead guilty to a criminal information charging her with Wire Fraud relating to Covid Relief Funds, a violation of 18 U.S.C. § 1343, before Judge Silva on Monday, January 30, 2023, at 10 a.m. However, this hearing was vacated because defendant advised she was in the hospital and could not attend. Anticipating that defendant will plead guilty when she is in better health, the parties have agreed that the revocation hearing should be held after the defendant is sentenced in the new Wire Fraud case. Accordingly, the parties request that the revocation hearing be continued for at least 90 days from the date of its current setting.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh

/ / /
/ / /
/ / /

the best interest of the public and the defendant in a speedy hearing.

6. This is the seventh stipulation to continue the hearing.

DATED this 30th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKAELA MARIE CUEVAS,<br><br>　　　　Defendant. | Case No. 2:19-CR-00321-APG-VCF<br><br>**Findings of Fact, Conclusions of Law and Order** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On or about August 11, 2021, defendant made her initial appearance on a petition for revocation of supervised release. ECF 13. She was released on bond and remains at liberty pending a revocation hearing, which is currently scheduled for February 1, 2023.

2. The parties have agreed to continue the supervised release revocation hearing for at least 90 days because the defendant was scheduled to plead guilty to a criminal information charging her with Wire Fraud relating to Covid Relief Funds, a violation of 18 U.S.C. § 1343, before Judge Silva on Monday, January 30, 2023, at 10 a.m. However, this hearing was vacated because defendant advised she was in the hospital and could not attend. Anticipating that defendant will plead guilty when she is in better health, the parties have agreed that the revocation hearing should be held after the defendant is sentenced in the new Wire Fraud case. Accordingly, the parties request that

4

the revocation hearing be continued for at least 90 days from the date of its current setting.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the seventh stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matters, currently scheduled for February 1, 2023, at 1:30 p.m., be vacated and continued to a date and time convenient to this Court, that is on May 3, 2023, at 1:30 p.m. in Las Vegas Courtroom 6C.

DATED this 31st day of January 2023.

_____
HONORABLE ANDREW P. GORDON
United States District Court Judge

5