RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Mikaela Cuevas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00321-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Ninth Request) |
| MIKAELA CUEVAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Mikaela Cuevas, that the Revocation Hearing currently scheduled on May 24, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is developing its mitigation package and needs additional time to prepare for the revocation hearing.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the ninth request for a continuance of the revocation hearing.

DATED this 15th day of May, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender |   */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00321-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| MIKAELA CUEVAS, | |
| Defendant. | |

**IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for Wednesday, May 24, 2023 at 3:30 p.m., be vacated and continued to August 15, 2023 at the hour of 10:00 a.m. in Courtroom 6C. **NO FURTHER CONTINUANCES WILL BE GRANTED ABSENT EXTRAORDINARY CIRCUMSTANCES.**

DATED this 16th day of May, 2023.

UNITED STATES DISTRICT JUDGE