RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Mikaela Cuevas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKAELA CUEVAS,<br><br>        Defendant. | Case No. 2:19-cr-00321-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Tenth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Mikaela Cuevas, that the Revocation Hearing currently scheduled on August 24, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is in the final stages of developing its mitigation package and needs additional time to prepare for the revocation hearing. Additionally, the parties have

agreed that the revocation hearing should be held after the defendant is sentenced in the new Wire Fraud case.

  2.  The defendant is out of custody and agrees with the need for the continuance.

  3.  The parties agree to the continuance.

This is the tenth request for a continuance of the revocation hearing.

DATED this 8th day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender |   */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKAELA CUEVAS,<br><br>　　　　Defendant. | Case No. 2:19-cr-00321-APG-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, August 24, 2023 at 10:00 a.m., be vacated and continued to October 3, 2023 at the hour of 9:00 a.m. in Courtroom 6C. Absent extraordinary circumstances, no further extensions will be granted.

DATED this 9th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE